IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bryan Colters,<br><br>     Plaintiff,<br><br>v.<br><br>Maricopa County Jail, et al.,<br><br>     Defendants. | No. CV-21-00998-PHX-MTL<br><br>**ORDER** |

      Before the Court is the Report and Recommendation of Magistrate Judge John Z. Boyle recommending that this action be dismissed without prejudice for failure to effect timely service pursuant to Fed. R. Civ. P. 4(m) and for failure to follow the Court's orders under Fed. R. Civ. P. 41(b). Plaintiff has not filed any objections to the R & R. The deadline to do so passed fourteen days following service of the R & R, which was mailed to Plaintiff on November 17, 2023.

      In reviewing an R & R, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "[T]he district judge must review the magistrate judge's finding and recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original); *see Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that the District Court need not conduct "any review at all . . . of any issue that is not the subject of an objection").

….

No objections having been received, the Court will accept and adopt the R & R in its entirety.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 34) is **accepted**.

**IT IS FURTHER ORDERED** that this case is dismissed without prejudice for failure to effect timely service pursuant to Fed. R. Civ. P. 4(m) and for failure to follow the Court's orders under Fed. R. Civ. P. 41(b).

**IT IS FINALLY ORDERED** that the Clerk of Court must close this case.

Dated this 14th day of December, 2023.

Michael T. Liburdi
United States District Judge